In the Matter of ALEXANDER D. SNOW, as Liquidating Partner of GREER, CRANE & WEBB, Respondent, against THOMAS S. McLANE, as Committee of the Person and Property of WILLIAM A. GREER, Appellant.

In the Matter of WILLIAM A. GREER, an Incompetent Person. THOMAS S. McLANE, as Committee of the Person and Property of WILLIAM A. GREER, Appellant; ALEXANDER D. SNOW, as Liquidating Partner of GREER, CRANE & WEBB, Respondent.

Argued March 1, 1938; decided March 15, 1938.

*Matthew B. Sentner* and *C. Parker Lattin* for appellant. *Kenneth M. Spence* and *Henry G. Hotchkiss* for respondent.

Orders affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., and RIPPEY, J. Taking no part: FINCH, J.